# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BALWINDER KAUR,<br><br>    Defendant. | Case No.  1:15-cv-01477---SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: March 15, 2016 |

On December 15, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

    1.    All pending matters and dates are VACATED; and

    2.    Plaintiff shall file dispositional documents on or before March 15, 2016.

IT IS SO ORDERED.

Dated:  **December 16, 2015**

                                  UNITED STATES MAGISTRATE JUDGE