# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No.  1:15-cv-01477---SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| BALWINDER KAUR, | (ECF No. 6) |
| Defendant. | |

On December 16, 2015, the Court ordered the parties to file dispositional documents by March 15, 2016.  (ECF No. 5.)  On March 14, 2016, Plaintiff filed a request for an extension of time to dismiss the case.  (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that the Plaintiff shall file dispositional documents on or before April 1, 2016.

IT IS SO ORDERED.

Dated:   **March 18, 2016**

UNITED STATES MAGISTRATE JUDGE

1