# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>             Plaintiff,<br><br>       v.<br><br>BALWINDER KAUR.,<br><br>             Defendant. | Case No.  1:15-cv-01477---SAB<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>FOURTEEN DAY DEADLINE |

Plaintiff filed a complaint in this action on September 29, 2015. On December 15, 2015, Plaintiff filed a notice of settlement and was ordered to file dispositional documents by March 15, 2016. Plaintiff received an extension of time and was ordered to file dispositional documents on or before April 1, 2016. Plaintiff has failed to file dispositional documents or otherwise respond to the Court's order. The Court notes this is not the first time that Plaintiff's counsel has failed to file dispositional documents in compliance with this court's orders. See Cervantes v. Bilson's Sports Shop, Inc., No. 1:14-cv-00157-SAB (E.D. Cal. Dec. 15, 2015).

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why sanctions should not issue for the failure to file dispositive documents in compliance with the March 18, 2016 order.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 8, 2016**

UNITED STATES MAGISTRATE JUDGE