# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BALWINDER KAUR.,<br><br>　　　　　　Defendant. | Case No.  1:15-cv-01477---SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br>(ECF No. 9) |

Plaintiff filed a complaint in this action on September 29, 2015.  (ECF No. 1.)  On December 15, 2015, Plaintiff filed a notice of settlement.  (ECF No. 4.)  Plaintiff was ordered to file dispositional documents by March 15, 2016.  (ECF No. 5.)  Plaintiff received an extension of time and was ordered to file dispositional documents on or before April 1, 2016.  (ECF No. 7.)  Plaintiff failed to file dispositional documents or otherwise respond to the Court's order by April 1, 2016.  On April 8, 2016, the Court ordered Plaintiff to show cause why sanctions should not issue for the failure to file dispositive documents in compliance with the March 18, 2016 order.  (ECF No. 8.)

On April 21, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  (ECF No. 9.)  Plaintiff indicated that she did not want to file a dismissal until all settlement payments had been completed.  (ECF No. 9.)  Based on Plaintiff's response, the April 8, 2016 order to show cause shall be discharged.

1  "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. In this action, defendant has not filed an answer or other responsive pleading.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1)(A). The order to show cause issued April 8, 2016, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __April 22, 2016__

UNITED STATES MAGISTRATE JUDGE